# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-                          Case No. 3:12-cr-151-03

EDWARD D. REED,

        Defendant.

---

### ORDER GRANTING MOTION TO DISMISS; TERMINATION ENTRY

---

On or about February 3, 2014, the United States filed an unopposed motion to dismiss without prejudice the indictment against Edward D. Reed. The Court hereby GRANTS the motion of the United States and orders the dismissal without prejudice of the indictment against Edward D. Reed.

**DONE** and **ORDERED** in Dayton, Ohio, this 5th day of February 2014.

                                    THOMAS M. ROSE
                                    UNITED STATES DISTRICT JUDGE